UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 3:14-cr-471-B-1 |
| | § | |
| ROBERT ERIK TOVAR, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 8, 2021. The Court has reviewed the Findings, Conclusions, and Recommendation, and it has found no error. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 28th day of June, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE